[No. 12536-2-I. Division One. July 22, 1985.]

*In the Matter of the Marriage of* THOMAS ROBERT GREENDALE, *Respondent, and* JEANNE GREENDALE, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 80–3–07933–0, John R. Praeger, J. Pro Tem., entered October 29, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Hopp, J. Pro Tem.